U.S. Department of Justice
*United States Attorneys*

# United States District Court
## for the Southern District of Florida

NO. 23-14053-CR-MOORE/MAYNARD

UNITED STATES OF AMERICA

v.

Inmate No. 27-1899

JAMAL TRAYVON BROWN WEATHERS

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To:   ANY UNITED STATES MARSHAL, and
      WARDEN, of SAINT LUCIE COUNTY JAIL

It appearing from the petition of the United States of America that Jalen Dennis Elliott, a material witness for the United States in the above entitled case, is confined in the SAINT LUCIE COUNTY JAIL at 900 N. Rock Road, Fort Pierce, Florida 34945 and that this case is set for Trial at Alto Lee Adams Sr., Federal Courthouse, 101 S. U.S. Hwy. 1, Fort Pierce, FL 34950 on April 22, 2023 and that is necessary for the witness to be before this Court for the purpose of giving testimony in said proceeding.

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of Jalen Dennis Elliott now in custody as aforesaid, under safe and secure conduct, before this Court at 101 South US Highway 1, 3rd Floor Fort Pierce, FL 34950 by or before 9:30, A. M., on January 11, 2024, for the purpose of testifying in the above case, and upon completion of all testimony that you return the subject with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of SAINT LUCIE COUNTY JAIL at 900 N. Rock Road, Fort Pierce, Florida 34945 to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of Jalen Dennis Elliott for safe and secure conduct to this district for this purpose.

DONE and ORDERED at West Palm Beach, Florida, this 4 day of January, 2024

*[signed]*
UNITED STATES MAGISTRATE JUDGE
RYON M. MCCABE

cc: U.S. Attorney ( Carmen M. Lineberger )
    U.S. Marshal (3 certified copies)
    Chief Probation Officer